**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In the matter of: | **Case No.:** 05-30158-dof |
| Allen Welzen and Mary Welzen | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm # | Trustee Clm # | Class of Claim | Check # | Amt. of Check |
|---|---|---|---|---|---|
| Ford/Primus Financial | 6 | 37 | Unsecured | 721041 | $199.85 |

Dated: October 7, 2010

                                          ___/s/Carl L. Bekofske___
                                          Carl L. Bekofske,
                                          Standing Chapter 13 Trustee
                                          400 N. Saginaw St. Suite 331
                                          Telephone: (810) 238-4675
                                          Fax: (810) 238-4712
                                          Email: ECF@flint13.com
                                          P10645

05-